# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| CHERILYN PATRICIA PARSONS, | § |
| Plaintiff, | § |
| v. | § Civil Action No. 4:19-cv-00103-P-BP |
| ANDREW M. SAUL, Commissioner of Social Security, | § |
| Defendant. | § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. *See* ECF No. 23. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The undersigned reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the decision of the Commissioner is **REVERSED** and the case is **REMANDED** for further administrative proceedings.

**SO ORDERED** on this **28th day** of **January, 2020**.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE